AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

11676727

**RECEIVED**
By USMS District of Columbia District Court at 8:56 am, May 22, 2024

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:24-cr-00246 |
| | ) | Assigned to: Judge Boasberg, James E. |
| DANDRE GOODWINE | ) | Assign Date: 5/21/2024 |
| | ) | Description: INDICTMENT (B) |
| | ) | Related Case No: 24-cr-245 (JEB) |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* DANDRE GOODWINE

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 - Conspiracy to Distribute and Possess with Intent to Distribute 400 Grams or More of Miture and Substance Containing a Detectable Amount of Fentanyl; a Mixture and Substance Containing a Detectable Amount of a Fentanyl Analogue; a Mixture and Substance Containing a Detectable Amount of Cocaine Base; and a Mixture and Substance Containing a Detectable Amount of Heroin;
21 U.S.C. § 841(a)(1) and § 841(b)(1)(B)(vi) - Unlawful Distribution of 40 Grams or More of Fentanyl;
FORFEITURE:  21 U.S.C. § 853(a) and (p); 18 U.S.C. § 924(d); and 28 U.S.C. § 2461(c)

Date: 05/21/2024

*Issuing officer's signature*

City and state:  WASHINGTON, DC         G. MICHAEL HARVEY, U.S. MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* 05/22/2024, and the person was arrested on *(date)* 5/28/2024
at *(city and state)* WASH DC

Date: 5/29/2024

*Arresting officer's signature*

SCOTT BROWN TFO/MPD/FBI
*Printed name and title*